Eastern District of Kentucky  
**FILED**  
JUL 1 2 2005  
AT COVINGTON  
LESLIE G WHITMER  
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF KENTUCKY  
AT COVINGTON  
CIVIL ACTION NO. 04-106-WOB

**CHRISTO LASSITER,**                      **PLAINTIFF**

V.

**SHARLENE LASSITER, et al.,**               **DEFENDANT**

<u>**MEMORANDUM ORDER**</u>

On June 21, 2005, plaintiff moved to compel the defendant[1] to provide her initial disclosures and respond to plaintiff's requests for written discovery. Plaintiff seeks sanctions as a result of defendant's nondisclosure, as well as an extension of the discovery deadline. On June 30, 2005, defendant filed a response in which she explains that she has now served both initial disclosures and discovery responses. Defendant does not respond to the request for sanctions directly, but notes that "a substantial volume" of the recently provided documents were only "recently received by the defendant."

The court being sufficiently advised, **IT IS ORDERED**:

1. Plaintiff's motion to compel initial disclosures and other discovery [DE #10] is **denied as moot;**

2. Plaintiff's request for sanctions will be denied at this time; however, defendant is forewarned that any future failure to timely respond to discovery requests or to comply with discovery

---

[1] The defendant proceeds *pro se*, but presumably is a licensed attorney.

rules may result in sanctions;

3. Plaintiff's request for an extension of the discovery deadline [DE #10] is **granted**;

4. All discovery shall be commenced in time to be completed on or before September 20, 2005, with joint or separate status reports to be filed the same date;

5. The Clerk of Court shall forward to each party with this order a copy of the form used to consent to trial before a magistrate judge. 28 U.S.C. §636(c). If the parties so consent, they shall execute and file said forms together with the status reports due September 20, 2005. Consent to trial before a magistrate judge has no effect on a party's right to a jury trial, but may result in earlier final pretrial and trial dates than otherwise would occur before the district judge.

This __12__ day of July, 2005

_____
J. GREGORY WEHRMAN
UNITED STATES MAGISTRATE JUDGE

2