Eastern District of Kentucky
FILED
DEC 15 2005
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **CHRISTO LASSITER,** | : | **Case No.: 2:04-cv-00106-WOB** |
| **Plaintiff,** | : | **Judge Bertelsman** |
| | : | **Magistrate Wehrman** |
| v. | : | |
| **SHARLENE LASSITER, et al** | : | **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| **Defendants.** | : | |

Plaintiff, through counsel, respectfully moves this Court for partial summary judgment barring Defendant's affirmative defense based upon the assertion that Plaintiff is a public official and granting Plaintiff judgment on Count I of the complaint. The reasons for this motion are more fully set forth in the accompanying memorandum.

Respectfully submitted,

_____
MARC D. MEZIBOV (Ohio Bar No. 0019316)
CHRISTIAN A. JENKINS (Ohio Bar No. 0070674)
**MEZIBOV & JENKINS, LLP**
1726 Young Street
Cincinnati, Ohio 45202
Telephone: (513) 723-1600
Telecopier: (513) 723-1620
Trial Attorneys for Plaintiff, Christo Lassiter