UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **CHRISTO LASSITER,** | Case No.: 2:04-cv-00106-WOB |
| Plaintiff, | Judge Bertelsman |
| | Magistrate Wehrman |
| v. | |
| **SHARLENE LASSITER, et al** | |
| Defendants. | |

## AGREED ORDER

This matter is before the Court upon the Parties' agreement to extend the time for filing Plaintiff's response to Defendant's Motion for Summary Judgment until Monday, January 16, 2006. Defendant does not oppose Plaintiff's request and no party will be prejudiced by the extension.

**SO ORDERED.**

_____
Magistrate Judge Wehrman

Respectfully submitted,

_____
MARC D. MEZIBOV (Ohio Bar No. 0019316)
CHRISTIAN A. JENKINS (Ohio Bar No. 0070674)
**MEZIBOV & JENKINS, LLP**
401 East Court Street, Suite 600

Cincinnati, Ohio 45202
Telephone: (513) 723-1600
Telecopier: (513) 723-1620

Trial Attorneys for Plaintiff, Christo Lassiter

*[signature: Sharlene Lassiter per tel auth CAJ]*
SHARLENE LASSITER (Ohio Bar No. 0063058)
Defendant, *pro se*
551 Napa Valley Lane #11
Crestview Hills, Kenucky 41017
Telephone: (859) 426-1352