**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**
**CIVIL CASE NO: 04-106-WOB**

**CHRISTO LASSITER,**                                                              **PLAINTIFF**

**v.**

**SHARLENE LASSITER, et. al.,**                                                **DEFENDANT**

**ORDER**

On January 13, 2006, plaintiff moved for an order placing this entire record under seal, on grounds that the pleadings and exhibits include "potentially damaging and defamatory statements and information." Indeed, this entire litigation involves plaintiff's allegations that the defendant, his ex-wife, has defamed and libeled him through publication and sale of a book entitled *I Have a Testimony*.

The court declines to grant plaintiff's motion to place the entire record under seal, in large part because a substantial majority of the information at issue is already a matter of public or open record, without seal, in other proceedings. *See generally,* Defendants' Response in Opposition to Plaintiff's motion to seal the record [DE #28]. In fact, plaintiff voluntarily published the same information in his complaint when he filed it in this court more than twenty months ago, on May 20, 2004, without first seeking any special protection.

The court being sufficiently advised, **IT IS ORDERED:**

Plaintiff's motion to seal the entire record [DE #25] is **denied**.

This 9th day of February, 2006.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge