UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

CIVIL ACTION NO. 04-106 (WOB)

CHRISTO LASSITER                                          PLAINTIFF

VS.                           ORDER

SHARLENE LASSITER                                         DEFENDANT


This matter is before the court on the motion of plaintiff for partial summary judgment (Doc. #21) and motion of defendant for summary judgment (Doc. #22), and the court being advised,

**IT IS ORDERED** that oral argument on said motions be, and it is, hereby set on **FRIDAY, MARCH 24, 2006 at 2:00 p.m.**

This 16th day of March, 2006.

_____
WILLIAM O. BERTELSMAN, JUDGE

