Eastern District of Kentucky
FILED
MAR 27 2006
AT COVINGTON
LESLIE
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

CIVIL ACTION NO. 04-106 (WOB)

CHRISTO LASSITER                                          PLAINTIFF

VS.                              ORDER

SHARLENE LASSITER                                         DEFENDANT

This matter is before the court on the motion of plaintiff for partial summary judgment (Doc. #21) and motion of defendant for summary judgment (Doc. #22).

The court heard oral argument on these motions on Friday, March 24, 2006. Christian A. Jenkins and Eric Larson represented the plaintiff, and defendant Sharlene Lassiter appeared *pro se*. Also present was plaintiff Christo Lassiter. Official court reporter Joan Averdick recorded the proceedings.

The court first concludes that, as a matter of law, plaintiff is not a "public figure" for purposes of his defamation claim. *See generally Hutchinson v. Proxmire*, 443 U.S. 111, 134-35 (1979); *Time, Inc. v. Firestone*, 424 U.S. 448, 454-55 (1976); *Gertz v. Robert Welch, Inc.*, 418 U.S. 323, 345 (1974).

As to the parties' remaining arguments, the court concludes that there are genuine disputes of material fact such that summary judgment in favor of either party is inappropriate.

Therefore, having heard the parties, and the court being otherwise sufficiently advised,

**IT IS ORDERED** that: (1) the motion of plaintiff for partial summary judgment (Doc. #21) be, and is hereby, **GRANTED IN PART AND DENIED IN PART**, consistent with the above discussion; (2) the motion of defendant for summary judgment (Doc. #22) be, and is hereby, **DENIED**; and (3) dates for the final pretrial conference and jury trial remain as previously set.

This 27th day of March, 2006.

*William O. Bertelsman*
**WILLIAM O. BERTELSMAN, JUDGE**

TIC: 54 min.