UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

Eastern District of Kentucky
FILED
APR 6 - 2006
AT COVINGTON
LESLIE G WHITMER
CLERK US DISTRICT COURT

CIVIL ACTION NO. 04-106 (WOB)

CHRISTO LASSITER                                                PLAINTIFF

VS.                         ORDER

SHARLENE LASSITER                                               DEFENDANT

This matter is before the court on the motion of plaintiff for an extension of time in which to file a motion in limine to exclude evidence (Doc. #37), and the court being sufficiently advised,

**IT IS ORDERED** that plaintiff's motion for extension (Doc. #37) be, and is hereby, **GRANTED**, and plaintiff shall have until **April 7, 2006** in which to file the motion in limine.

This 6th day of April, 2006.

WILLIAM O. BERTELSMAN, JUDGE