UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

Eastern District of Kentucky
FILED
MAY 16 2006
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 04-106 (WOB)

CHRISTO LASSITER  PLAINTIFF

VS.  ORDER

SHARLENE LASSITER  DEFENDANT

This matter having been tried to the court by agreement of the parties, and that trial having concluded,

**IT IS ORDERED** that: (1) plaintiff shall file a brief with proposed findings of fact and conclusions of law **on or before June 15, 2006, if no trial transcript is ordered, or within thirty (30) days of the filing of such a transcript;** (2) defendant shall file a response to plaintiff's brief with alternative proposed findings of fact and conclusions of law **within thirty (30) days of the filing of plaintiff's brief;** and (3) plaintiff shall file any reply thereto **within fifteen (15) days of the filing of defendant's response.**

This 16th day of May, 2006.

_____
**WILLIAM O. BERTELSMAN, JUDGE**