Eastern District of Kentucky
FILED

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY

AUG 2 9 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | | |
|---|---|---|
| **CHRISTO LASSITER,** | : | **Case No.: 2:04-cv-00106-WOB** |
| | : | |
| **Plaintiff,** | : | **Judge Bertelsman** |
| | : | |
| v. | : | |
| | : | |
| **SHARLENE LASSITER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

---

## AGREED PROPOSED ORDER DISMISSING DEFENDANT
## ATHENA D. DEAN d/b/a WINEPRESS PUBLISHING

---

## I. INTRODUCTIONS AND RECITALS

Plaintiff, Professor Christo Lassiter ("Professor Lassiter") brought an action in diversity

for defamation and libel *per se*, defamation and libel *per quod* and invasion of privacy - false

light resulting, resulting from Defendants' publication, promotion and sale of a book entitled, *I*

*Have a Testimony* in which Defendant Sharlene Lassiter falsely wrote that Professor Lassiter

assaulted her on several occasions and committed adultery during his marriage to her.  Plaintiff

brought this action against Athena D. Dean d/b/a Winepress Publishing, and against another

private defendant who is not a party to this consent order.

Plaintiff alleged upon information and belief that Defendant entered into a contract with

an author under which Winepress agreed to publish a book entitled, *I Have a Testimony*.  Upon

information and belief, Winepress did nothing to investigate or confirm the accuracy or

truthfulness of the statements contained in the book, *I Have a Testimony*.  Winepress published

the book *I Have a Testimony* and first made it available in print on September 29, 2003.

Winepress promoted the book *I Have a Testimony* nationally via its interactive website,

**www.pleasantword.com**.  Winepress also promoted the book, *I Have a Testimony* by making it

available to other resellers, including without limitation, Amazon.com.  Winepress sold copies of

*I Have a Testimony* on September 29 and 30, 2003, and on October 1 and 8, 2003.

In the book, *I Have a Testimony*, at page 14, the author writes that her former husband

"physically assaulted" her, at page 9 that he subjected her to "domestic abuse," at page 21, 22,

23, 39 that he dragged [her] down two and a half flights" and at page 26 that he "tried to strangle

[her] as [she] held [her] infant son in [her] arms" which allegation was repeated at pages 60 and

63.  Also in the book, *I Have a Testimony*, the author indicated at pages 49, 66-8, 97, 108-9 that

2

"my husband was having an adulterous affair with one of his students."

Plaintiff alleges that the foregoing allegations of adultery and domestic violence and abuse are false and were made with knowledge of falsity. Plaintiff alleges that references to the author's husband pertained, and were intended to pertain to, Plaintiff Christo Lassiter. Such references included a description of a former husband (who has the same last name as the author), a law professor, a former Marine Corps attorney. Plaintiff alleges that statements in the book claiming that Plaintiff physically assaulted, abused, stalked, tried to kill her and committed adultery are each false and defamatory *per se* with respect to Plaintiff, and creates a false impression that Plaintiff is or was an adulterer, an abusive and violent man who tried to kill his wife and who poses a threat to the safety and security of those around him. By reason of publication and dissemination of the book, *I Have a Testimony*, Plaintiff has been subjected to public hatred, scorn, ridicule, contempt, and disgrace in the community, including without limitation, Plaintiff's personal and professional acquaintances, fellow parents, teachers and care givers of Plaintiff's children, professional colleagues in the bar and academia, Plaintiff's students and the community in general.

Plaintiff alleges that Defendant Athena D. Dean d/b/a Winepress Publishing published the false and defamatory book, *I Have a Testimony* without exercising the ordinary care expected of a prudent person engaged in the same type of business under similar circumstances to determine whether it was substantially true or not.

However, on or about October 28, 2003, Plaintiff notified Winepress Publishing of the defamatory nature of the book, *I Have a Testimony* by providing them with copies of court decisions contradicting same, and requested that Winepress cease publication and distribution of

the book, *I Have a Testimony* and requested a retraction and apology.

In response Winepress Publishing immediately suspended publication of the book, *I Have a Testimony*. Winepress sought to retrieve printed books on the market by letter request. Winepress has removed its name as the listed publisher on Amazon.com. Winepress withdrew authorization for the use of its ISBN, and has taken the necessary steps to ensure against its continued use by the author independently of Winepress Publishing. Winepress acted diligently to remove all impact of its action. Winepress Publishing admits no negligence, libel, or other misconduct in this matter. Winepress apologizes to Plaintiff for its unwitting role in this matter.

## II. INJUNCTION

It is hereby **ORDERED** that Defendant Athena D. Dean d/b/a Winepress Publishing shall permanently cease publication of the book, *I Have a Testimony*, and the sum and substance of its contents, namely the allegation that Plaintiff committed adultery during his marriage and that Plaintiff committed domestic violence and abuse against his ex-wife, the author of the book. It is **FURTHER ORDERED** that Defendant Athena D. Dean d/b/a Winepress Publishing shall not permit further use of its ISBN in the publication of *I Have a Testimony*, or the contents therein. No aspect of Winepress Publishing, or its related publishing entities, shall be connected with any further publication of the book, *I Have a Testimony*, or its the contents, therein.

It is **FURTHER ORDERED** that this Court will retain jurisdiction to enforce the terms of this Consent order.

## III. RELIEF

The parties agree that no exchange of money damages is necessary as against Defendant Athena D. Dean d/b/a Winepress Publishing. Plaintiff expressly reserves all claims for relief of

any kind against all other named defendants and potential defendants.

Plaintiff's complaint in the above captioned case is dismissed with prejudice as to Defendant Athena D. Dean d/b/a Winepress Publishing only. Plaintiff expressly reserves all rights and causes of action against Defendant Sharlene Lassiter, and any other persons in their personal or professional capacity or institutional defendant not a party to this lawsuit.

Plaintiff hereby expressly releases Defendant Athena D. Dean for herself, her heirs, legal representatives, executors, administrators, agents and assigns, does further hereby settle and release and forever discharge Defendant Athena D. Dean from any and all claims, demands, damages, actions, causes of action or suits of any kind or nature whatsoever, and in particular on account of all injuries, known and unknown, both to person and property, which have resulted or may in the future develop, directly or indirectly, from the publication of the book, *I Have a Testimony* and dissemination of the contents therein. The parties to this Consent Decree further agree that the consideration described herein is given in full settlement, accord, and satisfaction of this disputed claim as to Defendant Athena D. Dean d/b/a Winepress Publishing only, and all present and future claims against Defendant Athena D. Dean d/b/a Winepress Publishing for damages or injuries from the incidents, allegations, or claims upon which the complaints in the cases captioned above are based and any other action which could or should have been brought with it. No admission of either liability or damages is made by Defendant Athena D. Dean d/b/a/ Winepress Publishing Co., by whom liability and damages are expressly denied.

### III. ATTORNEY FEES

Each party to bear their own attorney fees and costs.

5

ORDERED this ___26th___ day of ___August___, 2006

_William O. Bertelsman_
Judge

Agreed: _Christo Lassiter_
Christo Lassiter
Plaintiff
839 Dunore Road
Cincinnati, Ohio 45220-1416

_Athena Dean_
Athena D. Dean
WINEPRESS PUBLISHING
1730 Railroad Street
Enumclaw, WA 98022

6