Eastern District of Kentucky
**FILED**

SEP 2 6 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

CIVIL ACTION NO. 04-106 (WOB)

CHRISTO LASSITER                                                                 PLAINTIFF

VS.                                         <u>JUDGMENT</u>

SHARLENE LASSITER                                                                DEFENDANT

Pursuant to the Findings of Fact, Conclusions of Law, and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the complaint herein be, and it is hereby, **DISMISSED WITH PREJUDICE** at the cost of the plaintiff.

This 26th day of September, 2006.

*William O. Bertelsman*

**WILLIAM O. BERTELSMAN, JUDGE**